IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02161-REB-MEH

CYNTHIA KUNDIG,

    Plaintiff,

v.

SKYWEST AIRLINES, a Utah corporation, and
JOHN DOES I, II, and III,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 18, 2009.**

Defendant's Unopposed Motion to Modify Case Scheduling Order [filed May 15, 2009; docket #19] is **granted in part and denied in part**. Absent exceptional cause, the Court will likely decline to grant any further extensions. Considering the trial date set in this matter, the deadlines are reset as follows:

| | |
|---|---|
| Defendant's Rebuttal Expert Disclosures | June 19, 2009 |
| Discovery Cutoff | July 15, 2009 |
| Dispositive Motion Deadline | July 22, 2009 |

The Final Pretrial Conference remains set for August 10, 2009.