**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02161-REB-MEH

CYNTHIA KUNDIG,

    Plaintiff,

v.

SKYWEST AIRLINES, a Utah corporation, and
JOHN DOES I, II, and III,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#30] filed September 11, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#30] filed September 11, 2009, is **APPROVED**;

    2.  That the Trial Preparation Conference set for October 16, 2009, is **VACATED**;

    3.  That the jury trial set to commence November 2, 2009, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 11, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2